# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

**KIMBERLY HENRY,**

    **Plaintiff,**

**v.**                          **2:19-CV-01381-SGC**

**PANATTE, LLC; LAND HOME FINANCIAL SERVICES, INC; SN SERVICING CORPORATION; and RELIANT LOAN SERVICING, LLC;**

    **Defendants.**

### EXHIBITS TO SECOND AMENDED COMPLAINT [DOC. 17]

COMES NOW, the Plaintiff, Kimberly Henry and hereby files her exhibits to the Second Amended Complaint [Doc. 17], which were inadvertently not filed with the Second Amended Complaint.

                           Respectfully Submitted,

                           /s/John G. Watts
                           **John G. Watts (ASB-5819-t82j)**
                           **M. Stan Herring (ASB-1074n72m)**
                           **Watts & Herring, LLC**
                           The Kress Building
                           301 19th Street North
                           Birmingham, Alabama 35203
                           (205) 879-2447
                           (888) 522-7167 *facsimile*

john@wattsherring.com  
stan@wattsherring.com  
**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Christopher A. Bottcher  
T. Dylan Reeves  
Lacy M. Triplett  
McGlinchey Stafford  
505 North 20th Street, Suite 800 Birmingham, AL 35203

Bryce Robert Noel  
Christopher J. Reading  
Aldridge Pite, LLP  
3575 Piedmont Road NE  
Fifteen Piedmont Center, Suite 500  
Atlanta, Georgia 30305

/s/ John G. Watts  
OF COUNSEL